UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JULIO RANGEL-JIMENEZ | Case No. 3:25-CR-63-CCB-SJF |

## <u>ORDER</u>

The Court has reviewed the findings and recommendation of Magistrate Judge Scott J. Frankel filed August 21, 2025. (ECF 6). Defendant Julio Rangel-Jimenez pleaded guilty to Counts 1 and 2 of the Information charging him with possessing a firearm as an illegal alien in violation of 18 U.S.C. § 922(g)(5) (Count 1); and being an alien found in the United States after having been deported and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States in violation of 8 U.S.C. § 1326(a) (Count 2). No party objected, and the time to object has passed. The Court now adopts the findings and recommendation in their entirety. The plea of guilty to these offenses as charged in the Information is hereby accepted, and the defendant is adjudged guilty of both offenses.

Any objections a party submits to the probation officer in response to the draft Presentence Report must specifically identify the basis of the objection and any supporting authority. Should the Addendum to the final Presentence Report reflect any outstanding objections by a party, that party must specifically state in its sentencing memorandum whether it maintains that objection. If so, the party must identify the

basis and authority for its objection and, where applicable, any evidence the party expects to offer in support of that objection. The party should also state if, consistent with Rule 32(i)(3)(B), it does not believe a ruling on that objection will be necessary.

SO ORDERED on October 31, 2025.

                                                /s/*Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT